## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:Janet J. Cravetz** | : CHAPTER 13 |
| **xxx-xx-2118** | : CASE NO. 16-12912-AMC |
| **3209 Kennedy Road** | : |
| **East Norriton PA 19401** | : HEARING DATE: |
| | : TIME: |
| | : LOCATION: COURT ROOM No. |
| **Debtor** | : United States Bankruptcy Ct. |
| | : 900 Market St., 2nd Floor |
| | : Philadelphia, PA 19107 |

**MOTION FOR EXTENSION OF TIME TO FILE SCHEDULES AND STATEMENTS**

The Debtor, Janet J. Cravetz, by and through her counsel, Michael W. Gallagher, Esquire, does respectfully represent as follows:

1. On April 25, 2016, the Debtor did file a Petition for relief from creditors under Chapter 13 of the Bankruptcy Code.

2. The Schedules of Assets and Liabilities, Statement of Financial Affairs, Chapter 13 Plan and any other related documents are due by May 9, 2016, pursuant to Fed.R.Bankr.P. 1007.

3. The Debtor and the Debtor's counsel are currently in the process of compiling all information necessary to prepare the schedules, statement of affairs, and other required documents, and to actually prepare same.

4. Fed.R.Bankr.P. 1007(c) allows for the extension fo time to file the aforementioned documents for cause shown.

5. The Debtor does require an additional period of time, not expected to exceed thirty days, to prepare the schedules,

statement of affairs, and other documents in this case.

    6. The Debtor believes that cause exists to allow the requested extension of time.

    7. The Debtor believes that no creditor or party in interest will be prejudiced, disadvantaged or impaired in any significant way by this extension.

    WHEREFORE, Debtor prays your Honorable Court grant Debtor an extension of time, not to exceed thirty (30) days, to complete preparation and filing of the schedules, statement of affairs, Plan, and any other supporting documents in this case.

                                  Respectfully submitted,

Date: 5/8/16                     /s/Michael W. Gallagher
                                  MICHAEL W. GALLAGHER, ESQUIRE
                                  401 West Johnson Highway
                                  Suite 4
                                  East Norriton PA 19401
                                  (484)679-1488
                                  (610)365-7919 Fax
                                  mwglaw@msn.com
                                  Attorney for Debtor