**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:Janet J. Cravetz** | : CHAPTER 13 |
| **xxx-xx-2118** | : CASE NO. 16-12912-AMC |
| **3209 Kennedy Road** | : |
| **East Norriton PA 19401** | : HEARING DATE: |
| | : TIME: |
| | : LOCATION: COURT ROOM No. |
| **Debtor** | : United States Bankruptcy Ct. |
| | : 900 Market St., 2nd Floor |
| | : Philadelphia, PA 19107 |

## ORDER

AND NOW, this 12th day of May, 2016, it is hereby ORDERED that the Debtor, Janet J. Cravetz, shall be granted an additional period of time, not to exceed 30 days, or until June 13, 2016, in which to file schedules, statement of affairs, Plan, and other documents (if any) as a part of her Petition in Bankruptcy.

BY THE COURT:

_____
Hon. Ashely M. Chan
U.S. Bankruptcy Judge