**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In re:

    JANET J. CRAVETZ          Chapter 13

        Debtor          Bankruptcy No. 16-12912-AMC
                               Date: 8/2/2016
                                 Time:
                                 Courtroom: #Courtroom #5
                                 900 Market St,
                                 Philadelphia PA 19107

**CHAPTER 13 STANDING TRUSTEE'S MOTION FOR DISMISSAL**

      **AND NOW** comes, William C. Miller, Esquire, Chapter 13 standing trustee, and requests that the above-captioned bankruptcy case be dismissed for the following reason(s):

Debtor(s) has/have failed to comply with Standing Order No.M-07-3006, by not (1) filing copies of all payment advices as required by 11 U.S.C. Section 521(a)(1)(B)(iv), nor (2) submitting directly to the trustee and U.S.Trustee in electronic format the documents described therein.

      The hearing scheduled by the filing of this motion may be adjourned from time to time without further notice to interested parties by announcement of such adjournment in Court on the date scheduled for the hearing.

      **WHEREFORE**, William C. Miller, Esquire, Chapter 13 standing trustee, respectfully requests that Court, after a hearing, enter an Order in the form annexed hereto, dismissing this bankruptcy case.

                                           Respectfully submitted,

                                           /s/ William C. Miller
                                           _____
                                           William C. Miller, Esquire
                                           Chapter 13 Standing Trustee
                                           P.O. Box 1229
                                           Philadelphia, PA 19105
                                           Telephone: (215)627-1377